IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
LUFKIN DIVISION

| | | |
|---|---|---|
| RICK LINDSEY | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 9:22-CV-00171 |
| | § | JUDGE MICHAEL J. TRUNCALE |
| WALMART STORES TEXAS, LLC, ET AL. | § § | |

## ORDER DISMISSING CASE WITH PREJUDICE

Before the Court is the Parties' Stipulation of Dismissal with Prejudice. [Dkt. 19]. The Parties are seeking a dismissal with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

It is therefore **ORDERED** that this case is **DISMISSED WITH PREJUDICE**, and the Parties shall bear their own attorney's fees and costs.

It is further **ORDERED** that all pending motions filed herein are **DENIED AS MOOT**.

**SIGNED this 22nd day of May, 2023.**

*Michael J. Truncale*
Michael J. Truncale
United States District Judge